JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACHE GABRIEL GEORGESCU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BIRKHOLZ,<br><br>Respondent. | Case No. 2:25-cv-04176-SPG-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 12, 2025

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE